UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILNORD GERMAIN

        Plaintiff,

v.                              Case No:  2:18-cv-8-FtM-38MRM

COLLIER FOOD & BEVERAGE,
INC. and JOSEPH DINUNZIO,

        Defendants.

_____/

**<u>ORDER</u>**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation.  (Doc. 31).  Judge McCoy recommends denying the parties' Joint Motion to Approve Settlement Agreement.  No party objects to the Report and Recommendation, and the time to do so has expired.  The Report and Recommendation is thus ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*  And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions."  *Id.*

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

After examining the file independently, and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 31) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

(2) The Joint Motion to Approve Settlement Agreement (Doc. 30) is **DENIED**.

(3) On or before **October 22, 2018,** the parties must either:

    a. file an amended joint motion to approve a settlement agreement that adequately addresses the issues identified in the Report and Recommendation and adopted herein; or

    b. file a joint notice advising the Court that the parties wish to proceed with this case under the Case Management and Scheduling Order dated June 29, 2018 (Doc. 28).

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record